UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14551
JUAN M HERNANDEZ
STEPHANIE HERNANDEZ                       CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-3697    SSN XXX-XX-2262

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/13/07 .

    2.  The case was dismissed without confirmation, 11/09/2007.

    3.  The Debtor paid a total of $  4036.39 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| OPTION ONE MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| REGIONS MORTGAGE | SECURED | .00 | .00 | .00 |
| REGIONS MORTGAGE | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| THE CHICAGO DEPT OF REVE | SECURED | .00 | .00 | 30.20 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| KOVITZ SHIFRIN NESBIT | SECURED | .00 | .00 | 433.32 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | .00 | .00 | 384.68 |
| 616 FULTON LOFTS | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE HOME FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| THE CHICACO DEPT OF REVE | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO WATER DE | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOAN SERVICING CE | UNSECURED | .00 | .00 | .00 |
| DUPAGE VALLEY ANESTHESIO | UNSECURED | NOT FILED | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FLEET BANK | UNSECURED | NOT FILED | .00 | .00 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |

```
GROSSWEINER & BLASZAK PC  UNSECURED      NOT FILED              .00              .00
HSBC                      UNSECURED      NOT FILED              .00              .00
IDAPP                     UNSECURED            .00              .00              .00
LVNV FUNDING              UNSECURED      NOT FILED              .00              .00
MACYS CREDIT SERVICE      UNSECURED      NOT FILED              .00              .00
MENS WEARHOUSE            UNSECURED      NOT FILED              .00              .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED      NOT FILED              .00              .00
TAKEDA PHARMECEUTICALS    UNSECURED      NOT FILED              .00              .00
UCB                       UNSECURED      NOT FILED              .00              .00
UNIVERSITY OF MICHIGAN    UNSECURED      NOT FILED              .00              .00
WELLS FARGO CARD SERVICE  UNSECURED      NOT FILED              .00              .00
```

Summary of disbursements:

--------------------------------------------------------------------------

|                   | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|-------------------|---------|----------|-----------|-------|-------|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 848.20 | .00 | .00 | .00 | 848.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 848.20 | .00 | .00 | .00 | 848.20 |

The Debtor's attorney, SELECT LEGAL PC              , was allowed $   2500.00
and was paid $   2500.00  direct and $        .00  through the plan.

The Trustee received $       40.35 .

Refunds to the Debtor totaled $    3147.84 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 08/20/08                    /S/
                               GLENN STEARNS
                               CHAPTER 13 TRUSTEE



                             PAGE  2
        CASE NO. 07 B 14551 JUAN M HERNANDEZ & STEPHANIE HERNANDEZ